Thank you. I'm sorry. I'm going to ask the question to all the students. I'm going to try to save you two seconds. I'm going to name a lot of topics. So, please come to the court, from the district court, and we're going to certify two questions. The first question is actually the most interesting. It's going to be pretty difficult. The question really is whether it's your core merit to use to entertain the merits of a motion under 28 U.S.C. 2255 of an attorney representing a defendant in a trial where a citizen is exempted. And underlying the case, of course, is whether or not the attorney who's in the district court actually filed a motion to trial in a federal criminal charges case. How many of you are here? Just give me the time. But how many of you are here? All right. Okay. The case is subject to the framework of the U.S.C. 2255 and the appealing of the qualification for the defense of crimes against a person who's old in the district court and who entertains the merit of a motion under 28 U.S.C. 2255 that's assumed to be a regular and constitutive law to pursue a criminal case. A class of agents to disrepress a class of compilers may be proper to be to be to judge and at any point, will they disrepress a man with any purpose? Let's see. Let's first take a look at the cases that you are looking at here. Say, this is your potential attorney looking to file a complaint against you in this case of violence. And then in this case, say, you're looking to remove the person who's the district attorney referred to and that's your attorney who's also more likely to be the person who will set you. The option is, I mean, this is a case you're looking at and you're just applying for this case and you're saying, so what do you think is the solution? I would respectfully suggest that you just remove counsel and find a substitute counsel for a client district or civil service and that's not a requirement. And that is true. A client district attorney is a good choice and there's nothing else you would do. Yes, you have a counsel that's under all of the possible options. Okay. Yeah, I mean, there's a lot of different kinds of counselors for clients district. So, it makes sense that you just remove one and then you can use a special counsel to serve on a client district's case. But certainly, I think in this case, there's a lot of different kinds of counsel that you can use.  But of course, what you're asking for is a case that is a back-to-the-difficult court. And that's only a case where you can find a counselor or something that's better. Okay. So, you're asking for someone to be a client district counsel. I'm pretty much just asking for someone to be a client district counsel to serve on a client district court  or a case that is a back-to-the-difficult case. I think that's a really good question. Same question. To me, I've seen these cases that have been dismissed from back-to-the-difficult cases. Yeah. You're asking for someone to be a client district counsel to serve on a case that is a back-to-the-difficult case. Okay. Thank you very much. I think this is a case where you would want a counselor to be a client district counselor. I think that's a very simple question. Thank you. Okay. The case that goes back to the opportunity that you delivered in the case of your client district counsel. So, let's say you have a case that has a back-to-the-difficult case. Okay. So, you're talking, well, let's say the court refers to this case as a back-to-the-difficult case. Okay. Let me just recall that you said that the case involved  that is a back-to-the-difficult case. Okay.  in a case that is a back-to-the-difficult case. Okay. And this all ends with the fact that this is a case that you wanted to dismiss from the opportunity that you gave in the case that the District Court would misapprice in a position of saying it was a new constitution. Okay. I'm sorry. I'm sorry. Um, in your, I guess, just to move forward to the court, I mean, it's an interesting case because the court has a lot of additional cases that have been dismissed from the District Court. It raises interesting questions that your argument is not supported in your original versus statewide filed motion. Okay. I mean, it's one of those people that you can use as a trial to make a decision. Okay. Um, I think that's sort of again, it goes more towards the parents than it used to and I think it's an interesting question for yourself to answer. Um, in your defense, however, as you talk  you seem to reiterate the use of situations like that in your case. Um, I think the government would agree that this is going to be a case that absolutely does serve the nature of an market situation. And I see that as  obvious partner again of your question. Um, there may be some ? Do you really support Children's Court extension and other courts in the United States? Um, I don't see that as an issue. I don't see that as an issue. I don't see that as an issue. I don't see that as an issue. I see that as an issue.  don't see that as an issue. I don't see that as an issue. I don't see that as an issue. Um, I don't see that as an issue. Um, for the government, which is the only government  I know of, um, that  not an issue. I don't see that as an issue. I don't see that as an issue. I don't see that as an issue. But  don't see that as an issue. It is. I ask for very quick clarification on this. Is it exactly what I need? Di Volo I think so. I need to know your opinion upon the events of this year's conference. I don't think that it is exactly what I need to say. I need to say. I don't think that exactly what  need to say. don't think that it  exactly what I need to say. This is an unqualified appearance provided by NJPD included Council members needing to make a decision     don't think that it a decision don't think  it  say. This     by NJPD included Council members needing to make a decision don't think it exactly what need to say. This by NJPD included Council      decision don't think it what I need to
judges: Clifton, Murguia, Nguyen